# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>Seamus Kane Francis MAZUR<br>                    Defendant. | Case No.: '22 MJ1639<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1) and (b)<br>Assaulting Federal Officers<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 7, 2022, within the Southern District of California, Seamus Kane Francis MAZUR forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit: Customs and Border Protection Officer David Herron, in that defendant made physical contact with Officer Herron by biting Officer Herron and inflicted bodily injury, while Officer Herron was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent John Martinez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 9th of May 2022.

_____
HON. BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

I, Special Agent John Martinez, declare under penalty of perjury, the following is true and correct:

On May 7, 2022, at approximately 7:15 PM, Seamus Kane Francis MAZUR, ("MAZUR") a United States citizen, applied for entry into the United States from Mexico through San Ysidro Pedestrian East. A Customs and Border Protection Officer (CBPO) utilizing the Thru-Vision body Scanner noticed a large dark anomaly along MAZUR's waist area as MAZUR walked by. The CBPO approached MAZUR to conduct a further inspection as MAZUR was walking towards the exit doors. MAZUR refused to comply with the CBPO and attempted to run out the Pedestrian East door. CBPO's ran after MAZUR and attempted to restrain MAZUR outside the Pedestrian East building. CBPO Herron heard a radio call for assistance for a non-compliant subject and observed MAZUR resisting arrest. CBPO Herron ran towards MAZUR and helped other CBPO's restrain MAZUR on the ground. CBPO Herron had his knee near MAZUR's head and felt MAZUR bite his right thigh area. CBPO Herron saw his pants torn and saw blood coming from his leg. CBPO Herron was transported to the hospital for medical treatment. MAZUR was restrained and taken to the security office for further processing.

MAZUR was placed under arrest at approximately 10:08 PM.

1

MAZUR was arrested and charged with a violation of Title 18, United States Code, 111, Assaulting, Resisting, or Impeding Federal Officers.

Executed on May 8, 2022, at 11:30 A.M.

_____
John Martinez, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the defendant, Seamus Kane Francis MAZUR, named in this probable cause statement, committed the offense on May 7, 2022, in violation of Title 18 USC 111(a)(1), Assaulting, Resisting, or Impeding Federal Officers.

_Barbara L. Major_                    12:12 PM, May 8, 2022
Hon. Barbara L. Major                 Date/Time
United States Magistrate Judge

2